NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-10-0000147
12-JAN-2011
01:52 PM

NO. CAAP-10-0000147

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GREG YUEN, Petitioner-Appellee v.
DENISE ESPINOZA, Respondent-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL NO. 1SS09-1-732)

ORDER GRANTING THE MOTION TO DISMISS APPEAL
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon consideration of Respondent-Appellant Denise
Espinoza's motion to dismiss her appeal, the papers in support,
and the records and files herein,

IT IS HEREBY ORDERED that the motion is granted, and
this appeal is dismissed pursuant to Hawai'i Rules of Appellate
Procedure Rule 42(b). The parties shall bear their own appellate
costs and fees.

DATED: Honolulu, Hawai'i, January 12, 2011.

Chief Judge

Associate Judge

Associate Judge